**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:17-cr-00019 (RMC) |
| v. | **RENEWED EMERGENCY MOTION TO REDUCE SENTENCE** |
| SHEILA SCUTCHINGS, | |
| Defendant. | |

COMES NOW, Sheila Scutchings, through counsel, Joseph R. Conte, to renew her emergency motion to reduce sentence based upon the changed circumstances at Federal Medical Facility (FMC) Carswell.

1. Ms. Scutchings, through counsel, filed her emergency motion for compassionate release on April 9, 2020. At that time there were 2 (two) reported cases of COVID-19 at Carswell.

2. While that motion was pending FMC Carswell reported that one of the reported cases, a pregnant 30 year old inmate died of the virus on April 28, 2020.

3. On June 19, 2020, the court denied the motion finding "(1) she had not demonstrated 'extraordinary and compelling[ circumstances warranting a sentence reduction, and (2) her release would be inconsistent with the sentencing factors set out in Section 3553(a)."[1] The court further found that "her isolation from other prisoners and the limited number of COVID-19 cases identified at FMC

---

[1] Memorandum Opinion and Order (Dkt. #55) at 5.

*United States v. Sheila Scutchings*
Case No. 1:17-cr-00019 (RMC)

Renewed Emergency Motion to Reduce
Sentence
Page No. 1

REDUCE SENT RENEWEDREDUCE
SENT RENEWED 20/07/09 09:21:45

Law Office of Joseph R. Conte
400 Seventh St., N.W. #206
Washington, D.C. 20004
Phone:202.638.4100
Email: dcgunlaw@gmail.com

Carswell-a medical facility- suggest that she would be at no greater risk of contracting the virus if she remained in the medical facility than if she were to be released to home confinement."[2]

4.   Since this court's opinion the number of COVID-19 cases at FMC Carswell have increased dramatically.  On July 6, 2020, there were 45 cases of COVID-19 at the facility, two days later, July 8, 2020, there were a total of 65 cases and one day after that, the date of this motion there were a total of 68 cases.[3]

5.   Of the approximately 134 BOP correctional institutions FMC Carswell ranks seventh in the number of inmates testing positive for COVID-19.

6.   Given the rapidly deteriorating conditions at FMC Carswell, Ms. Scutchings is at far greater risk of contracting COVID-19 there then she would be if released to home confinement.[4]

7.   If released Ms. Scutchings would return to her previous home at 4614 G Street, Southeast, Washington, D.C. where she would live with her daughter.  She would be able to self-quarantine at that location.

WHEREFORE counsel respectfully request that this motion be granted.

Dated:  July 9, 2020

---

[2] Id.

[3] Source "BOP.gov"

[4] Her living conditions would also improve.  Counsel's last contact with Ms. Scutchings was on July 4, 2020.  Ms. Scutchings indicated that FMC Carswell was locked down on June 30 and that she had not had a hot meal for 4 (four) days.

*United States v. Sheila Scutchings*
Case No. 1:17-cr-00019 (RMC)

Renewed Emergency Motion to Reduce
Sentence
Page No. 2

REDUCE SENT RENEWEDREDUCE
SENT RENEWED 20/07/09 09:21:45

Law Office of Joseph R. Conte
400 Seventh St., N.W. #206
Washington, D.C. 20004
Phone:202.638.4100
Email:  dcgunlaw@gmail.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,


  /s/ Joseph *R. Conte*
Joseph R. Conte, Bar #366827
Counsel for Sheila Scutchings
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:     202.638.4100
Fax:      202.628.0249
Email:  dcgunlaw@gmail.com

---

*United States v. Sheila Scutchings*
Case No. 1:17-cr-00019 (RMC)

Renewed Emergency Motion to Reduce
Sentence
Page No. 3

REDUCE SENT RENEWEDREDUCE
SENT RENEWED 20/07/09 09:21:45

Law Office of Joseph R. Conte
400 Seventh St., N.W. #206
Washington, D.C. 20004
Phone:202.638.4100
Email:  dcgunlaw@gmail.com